# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MY INVESTMENTS, LLC

VERSUS

LIBERTY SURPLUS INSURANCE
CORPORATION

NO.  2021 CW 0504

**JULY 19, 2021**

---

In Re:   Liberty Surplus Insurance Corporation, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2020-1799.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of the judgment, order, or ruling complained of (if by written judgment, order, or ruling), the judge's reasons for judgment, order, or ruling (if written), and the return date order, in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6), (7), and (11). If any new application is filed, the court further directs relator to provide a copy of the transcript of the hearing on April 12, 2021.

Supplementation of this writ application and/ or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before **August 19, 2021** and must contain a copy of this ruling.

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT